**NACMIAS LAW FIRM PLLC**

592 PACIFIC ST. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 327-400-7795
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

August 15, 2024

Hon. Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, NY 11201

RE:   *YOBOBY v. SHIMIZU SUSHI INC. d/b/a Sushi Lin and EASTLAKE EQUITIES LLC*
      **DOCKET NO. 1:24-cv-04478-NRM-JRC**

Dear Judge Morrison:

The undersigned represents Rosemary Yoboby, the plaintiff in the above-referenced matter. I write jointly with defendants' counsel to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, including the date for defendants' to file an answer, and allow the parties thirty (30) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

By: *[signature]*

Andre Autz, Esq.
  *Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
T: 327-400-7795
aautz@nacmiaslaw.com